# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDEN PICTURES, INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>SALT WATER HIGH, LLC<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24–cv–00962–DDP–SK<br><br><br>**NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS** |

TO:     COUNSEL OF RECORD and PRO SE LITIGANTS:

Pursuant to Local Rule 3-1 of this court, in all cases where jurisdiction is invoked in whole or in part under 28 U. S. C. Section 1338 (regarding patents, plant variety protection, copyrights and trademarks), the attorney or party presenting the matter must also provide at the time of filing the required notice to the Patent and Trademark Office in patent, plant variety protection and trademark matters (Form AO-120) and the required notice to the Copyright Office in copyright matters (Form AO-121).

   **Counsel**: Please complete the necessary form and electronically file within ten (10) days.

Western Division
255 East Temple Street Room TS–134
Los Angeles, CA 90012


                                                                                         Clerk, U.S. District Court

 February 7, 2024                                                          By  /s/ *Jeannine Tillman*
        Date                                                                                 Deputy Clerk


**Note:  Please refer to the Court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

---

CV–31 (01/24)        **NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS**