AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00962

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Salt Water High, LLC d/b/a Wave Tribe__
was received by me on *(date)* __2/9/2024__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Derek Dodds__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__Salt Water High, LLC d/b/a Wave Tribe__ on *(date)* __2/13/2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2/14/2024__

*Server's signature*

Adam Franz, Process Server
*Printed name and title*

411 E. Canon Perdido St., Ste. 15
Santa Barbara, CA 93101
*Server's address*

Additional information regarding attempted service, etc: