Lauren M. Hausman, (CA Bar No. 349514)
COPYCAT LEGAL PLLC
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorneys for Plaintiff
MINDEN PICTURES, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MINDEN PICTURES, INC., | Civil Action No. 2:24-cv-00962 |
|---|---|
| Plaintiff, | **PLAINTIFF'S APPLICATION TO APPEAR TELEPHONICALLY OR VIA ZOOM AT APRIL 22, 2024, SCHEDULING CONFERENCE** |
| v. | |
| SALT WATER HIGH, LLC d/b/a WAVE TRIBE, | DATE: Monday, April 22, 2024
TIME: 11:00 a.m.
JUDGE: Judge Dean D. Pregerson
CTRM: Courtroom 9C of the First Street US Courthouse, 350 West 1st Street, Los Angeles, California 90012 |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff hereby requests permission for Lauren Hausman, Esq. to attend remotely the Scheduling Conference, which is currently scheduled for April 22, 2024, at 11:00 a.m., before the honorable Dean D. Pregerson:

1. Good cause exists to allow Plaintiff's counsel to appear remotely, and a remote appearance will not prejudice any other party and will not prevent the hearing from being conducted efficiently.

2. Undersigned counsel will be in Coral Springs, Florida at the time of the April 22, 2024, hearing and therefore unable to attend the hearing in-person.

Dated: April 9, 2024.                By: /s/ Lauren M. Hausman
                                     Lauren M. Hausman
                                     Attorney for Plaintiff
                                     Minden Pictures, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman
Lauren M. Hausman, Esq.