Marina Lang, Bar No. 251,087 mlang@socalip.com
Michael D. Harris, Bar No. 59,470 mharris@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Defendant Salt Water High, LLC dba Wave Tribe

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Minden Pictures, Inc.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Salt Water High, LLC dba Wave Tribe,<br><br>　　Defendant. | 2:24-cv-00962-DDP-SK<br><br>Opposition to Plaintiff Minden's Request to Appear by Telephone or Zoom at April 22, 2024, Scheduling Conference<br><br>Date: April 22, 2024<br>Time: 11:00 a.m.<br>Judge Pregerson |

Defendant Salt Water High opposes plaintiff Minden's request for its attorney Hausman to appear by telephone or by Zoom at the April 22, 2024, scheduling conference because:

　　1.　The Court set the scheduling conference on March 5, five weeks before Minden filed its request.

　　2.　Counsel for Minden did not meet and confer with defendant Salt Water High's counsel about its request. Defense counsel had no chance to discuss possible date changes convenient for Salt Water High's attorney or the Court.

　　3.　Salt Water High's attorney gave no reason for going to Florida or when she made the decision.

　　Salt Water High requests the Court deny the request.

| | |
|---|---|
| April 9, 2024 | /s/ *Marina Lang* <br> Marina Lang <br> SoCal IP Law Group LLP <br><br> Attorneys for Defendant Salt Water High, LLC dba Wave Tribe |