Lauren M. Hausman, (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
MINDEN PICTURES, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDEN PICTURES, INC., | Civil Action No. 2:24-cv-00962 |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| SALT WATER HIGH, LLC d/b/a WAVE TRIBE, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Minden Pictures, Inc. and defendant Salt Water High, LLC d/b/a Wave Tribe, being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading

1

entered or filed in this proceeding, with prejudice, and with each party to bear the cost of their own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

Dated:  May 15, 2024.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>113 N San Vicente Blvd<br>Suite 232<br>Beverly Hills, CA 90211<br>T: (877) 437-6228<br>E: lauren@copycatlegal.com<br><br>*Attorneys for Plaintiff*<br><br>By: /s/ Lauren M. Hausman<br>　　　Lauren M. Hausman, Esq.<br>　　　California Bar No.:  349514 | SOCAL IP LAW GROUP LLP<br>310 N. Westlake Blvd.<br>Suite 120<br>Westlake Village, CA 91362<br>T: (805) 230-1350<br>E: mlang@socalip.com<br>E: mharris@socalip.com<br><br>*Attorneys for Defendant*<br><br>By: /s/ Marina Lang<br>　　　Marina Lang, Esq.<br>　　　California Bar No.: 251087<br>　　　Michael D. Harris, Esq.<br>　　　California Bar No. 59470 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman

Lauren M. Hausman, Esq.